UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL WILSON,<br><br>        Plaintiff,<br><br>  v.<br><br>MONTEREY COUNTY JAIL; et al.,<br><br>        Defendants. | No. C 09-1491 MHP (pr)<br><br>**ORDER OF DISMISSAL** |

This pro se civil rights action was filed in the U.S. District Court for the Eastern District of California on March 23, 2009, and transferred to this court on April 6, 2009, at which time the court notified plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved in forma pauperis application – specifically that he had not included an inmate trust account showing transactions for the last six months. Plaintiff was advised that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action. Plaintiff did not pay the filing fee or submit the materials needed to complete his in forma pauperis application. The action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed in forma pauperis application. Plaintiff may file a new action, but should include a filing fee or an in forma pauperis application with a new complaint to do so. The clerk shall close the file.

IT IS SO ORDERED.

Dated: September 9, 2009

_____
Marilyn Hall Patel
United States District Judge